1  **SARA M. PELOQUIN**
   California State Bar No.  Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Ms. Vocal-Chavez

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE RUBEN B. BROOKS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0350-RBB |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **GLADYS NOEMI VOCAL-CHAVEZ,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                          Respectfully submitted,


Dated: February 13, 2008              /s/  *Sara Peloquin*
                                      **SARA M. PELOQUIN**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Ms. Vocal-Chavez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 13, 2008         /s/ *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Sara_Peloquin@fd.org