UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )    CRIMINAL NO.  08 CR 471-BTN
                             )                 08 MJ 350
        vs.                  )
                             )         ORDER
                             )    RELEASING MATERIAL WITNESS
                             )
    Vocal-Chavez             )
            Defendant(s)     )    Booking No.
                             )

On order of the United States ~~District~~/Magistrate Judge,  Ruben B Brooks

IT IS HEREBY ORDERED that the following named person heretofore
committed to the custody of the United States Marshal as a material witness be
released from custody:  (~~Bond Posted / Case Disposed~~ / Order of Court).

Juan De Dios - Balanzar - Luera

DATED:  2/21/08

                                    Ruben B. Brooks
                        _____
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
                  DUSM
                                W. SAMUEL HAMRICK, JR.   Clerk
                                by
                                                Deputy Clerk